AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.  CR 23-00251 AMO |
| Farhad Nafeiy | ) | |
| | ) | |
| Defendant | ) | |

**FILED**
OCT 02 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/02/2023

_____
Defendant's signature

_____
Signature of defendant's attorney

WILLIAM F COFFIELD
Printed name of defendant's attorney

_____
Judge's signature

DONNA RYU  Chief Magistrate Judge
Judge's printed name and title